IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| -vs.- | § | Criminal No. 4:08cr93 |
| | § | Judge Schell |
| MICHAEL GUY CARY, SR. | § | |

**FINAL ORDER OF FORFEITURE**

  Defendant Michael Guy Cary,. Sr. is charged by Information with violations of 18 U.S.C. §§ 1349 and 1956(a)(1)(B)(I).  On June 3, 2008, Cary pled guilty to both offenses and entered into a Plea Agreement with the Government in which he agreed that he had obtained $6,172,901.25 in proceeds from the offenses.  The Government has filed a Motion for an Order of Forfeiture, which would consist of a personal money judgment against Mr. Cary, in the amount of $6,172,901.25.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

  Based on the foregoing, it is ordered that:

1.  Defendant shall forfeit to the United States the sum of $6,172,901.25 pursuant to 18 U.S.C. §§ 982(a)(1) and 982(a)(4).

2.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to Mr. Cary at the time of sentencing, and shall be made part of the sentence and included in the judgment.

3. The Government may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $6,172,901.25 to satisfy the money judgment in whole or in part.

**SIGNED this the 21st day of November, 2008.**

*[Signature: Richard A. Schell]*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE